# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-10542** |
| **Jan Amboyer Wooliscroft FKA Jan Amboyer** : | **Chapter 13** |
| : | **Judge John C. Melaragno** |
| : | *********************** |
| **Debtor(s)** : | |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| : | |
| **No Respondent(s).** : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association , its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Alyk L. Oflazian
        Alyk L. Oflazian, Esquire (312912)
        Adam B. Hall (323867)
        Stephen R. Franks (0075345)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Alyk L. Oflazian.
        Contact email is ALOflazian@manleydeas.com

23-027307_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 23-10542** |
| **Jan Amboyer Wooliscroft FKA Jan Amboyer** | : **Chapter 13** |
| | : **Judge John C. Melaragno** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **PNC Bank, National Association** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 30, 2023.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Lauren M. Lamb, Attorney for Jan Amboyer Wooliscroft FKA Jan Amboyer, llamb@steidl-steinberg.com

Service by First-Class Mail:
Jan Amboyer Wooliscroft FKA Jan Amboyer and John Wooliscroft, 101 Beau Drive, Edinboro, PA  16412

EXECUTED ON: October 30, 2023

By: /s/ Alyk L. Oflazian
Signature
Alyk L. Oflazian, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
312912
List Bar I.D. and State of Admission

23-027307_PS