IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jan Amboyer Wooliscroft, ) | Bankruptcy No. 23-10542-JCM |
|     Debtor ) | Chapter 13 |
| ) | Related to Document No(s). 13-14 |
| Jan Amboyer Wooliscroft, ) | |
|     Movant ) | Hearing Date and Time: |
| ) | 12/20/2023 at 01:30 PM |
| vs. ) | |
| ) | |
| Gotham Collection Services Corp., ) | |
|     Respondent(s) ) | |

### **CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 2**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 2 filed on November 6, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 2 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 2 were to be filed and served no later than December 6, 2023.

    It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 2 be entered by the Court.

    Respectfully submitted,

December 7, 2023
Date:

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  209201
llamb@steidl-steinberg.com