IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 23-10542-JCM |
| Jan Amboyer Wooliscroft | : |
| | : Chapter 13 |
| *Debtor(s)* | : |
| | : Related to Document No. 26 |
| | : |
| | : |
| | : |

## PROCESSING FEE/SANCTION ORDER

*Local Bankruptcy Rule 5005-1* makes electronic filing mandatory in the United States Bankruptcy Court for Pennsylvania. Attorneys and their staff have been able to receive free training in the use of the Court's Case Management/Electronic Case Files (CM/ECF) system from the system's effective date, i.e., February 3, 2003. As a result, there is no reason as of this time for attorneys and members of their staff to fail to properly file documents in the Court's CM/ECF system.

As a result of the above, the Court has determined that a processing fee and sanction of $150.00 shall be assessed in the event of any failure to comply with its rules concerning electronic filing. The processing fee and sanction shall be paid each time an attorney files a document by means other than the Court's CM/ECF system.

The attorney named below has filed a document on paper, disk, or via scanning at the Clerk's Office in violation of the Court's long standing procedures in this regard, therefore,

It is hereby **ORDERED, ADJUDGED and DECREED** that **on or before December 26, 2023**, **Attorney Gregory J. Allard, Esq.** shall pay a **$150** processing fee and sanction for failure to electronically file a document with this Court by use of its CM/ECF system. ***This fee must be paid from the funds of the attorney or his law firm. Counsel shall not charge to or collect the $150.00 from the client as a fee, cost, expense, or other charge in this case.***

It is **FURTHER ORDERED**, additional documents filed by the attorney prior to payment of the processing fee and sanctions of $150.00 shall be stricken from the record.

Date: December 12, 2023

_____ jlm
Bankruptcy Judge
United States Bankruptcy Court

cc: Financial Administrator

SIGNED
12/12/23 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Please make check payable to "Clerk, U.S. Bankruptcy Court" and mail payment to:
U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Form #90c-1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10542-JCM |
| Jan Amboyer Wooliscroft | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

**Recip ID            Recipient Name and Address**
+    Gregory J. Allard,Esq., 24 Regency Plaza, Glen Mills, PA 19342-1001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

**Name            Email Address**

Alyk L Oflazian
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Denise Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jenna Anne Ratica
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance
    jratica@attorneygeneral.gov

Lauren M. Lamb
    on behalf of Debtor Jan Amboyer Wooliscroft
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
                            cmecf@chapter13trusteewdpa.com

TOTAL: 6