IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JAN AMBOYER WOOLISCROFT, | : | Case No. 23-10542-JCM |
| | : | |
| *Debtor.* | : | Chapter 13 |
| | : | |
| JAN AMBOYER WOOLISCROFT, | : | Related to Doc. No. 26 |
| *Movants,* | : | |
| | : | |
| v. | : | |
| | : | |
| GOTHAM COLLECTION SERVICES, CORP., | : | |
| *Respondent.* | : | |

## ORDER

*AND NOW*, this **13th** day of **December, 2023**, in light of the ***Response to Objection to Claim 2*** (Doc. 26) mailed by Counsel for the Respondent in violation of the Local Rules and received after the December 6, 2023 response deadline for the *Objection to Respondent's Claim 2* (Doc. 13), it is hereby ***ORDERED, ADJUDGED AND DECREED*** that the *Response to Objection to Claim 2* (Doc. 26) is **DISMISSED as moot,** and the December 7, 2023 Order (Doc. 25) granting the *Objection* remains in full force and effect.

BY THE COURT:

_____ jlm
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
12/13/23 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10542-JCM |
| Jan Amboyer Wooliscroft | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15654023 | + | Gregory J. Allard, Esquire, Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

**Name**    **Email Address**

Alyk L Oflazian
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Denise Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jenna Anne Ratica
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance
    jratica@attorneygeneral.gov

Lauren M. Lamb
    on behalf of Debtor Jan Amboyer Wooliscroft
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

TOTAL: 6