IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 23-10542 JCM |
| | : | |
| JAN AMBOYER WOOLISCROFT, | : | HON. JOHN C. MELARAGNO |
|     Debtor | : | |
| | : | CHAPTER 13 |
| GOTHAM COLLECTION SERVICES | : | |
| CORPORATION, | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |

## APPEARANCE AND REQUEST FOR NOTICE
## OF ALL PENDING AND FUTURE MATTERS

TO:  Clerk, United States Bankruptcy Court:

Please enter our general appearance on behalf of Gotham Collection Services Corporation in the above-captioned bankruptcy proceedings.  Papers should be served on the undersigned at the address set forth below.

Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to the mailing matrix of the Debtor.

          Respectfully submitted,

          THE QUINN LAW FIRM

BY:    /s/ Michael S. Jan Janin
          Michael S. Jan Janin, Esquire
          PA Id. No. 38880
          2222 West Grandview Boulevard
          Erie, Pennsylvania  16506-4508
          Phone:  (814) 833-2222, Ext. 1045
          Facsimile: 814-833-6753
          mjanjanin@quinnfirm.com
          Counsel for Gotham Collection Services Corporation

1645013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 23-10542 JCM |
| | : | |
| JAN AMBOYER WOOLISCROFT,<br>    Debtor | : | HON. JOHN C. MELARAGNO |
| | : | |
| GOTHAM COLLECTION SERVICES<br>CORPORATION,<br>    Movant | : | CHAPTER 13 |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |

**CERTIFICATE OF SERVICE OF APPEARANCE AND REQUEST FOR NOTICE OF ALL PENDING AND FUTURE MATTERS**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 19, 2023.

    The type of service made on the parties was by CM/ECF Notification Systems (NO PAPER COPY) to:

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
- Lauren M. Lamb, Esquire at llamb@steidl-steinberg.com

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:    /s/ Michael S. Jan Janin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Phone: (814) 833-2222, Ext. 1045
    Facsimile: 814-833-6753
    mjanjanin@quinnfirm.com
    Counsel for Gotham Collection Services Corporation

1645013