# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 23-10542 |
| **Jan Amboyer Wooliscroft FKA Jan Amboyer,** | Chapter 13 |
| | Judge John C. Melaragno |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor.** | |
| | |
| **Jan Amboyer Wooliscroft FKA Jan Amboyer** | Related Document No. 16 |
| **John Wooliscroft** | |
| **Ronda J. Winnecour,** | |
| Movants, | |
| v. | |
| | |
| **PNC Bank, National Association,** | |
| Respondents. | |

## ORDER

AND NOW, after notice and hearing of the foregoing Objection to Debtor's Chapter 13 Plan ("Plan"), filed at Doc. No. 16, it is hereby ORDERED that confirmation of the Debtor's proposed Chapter 13 Plan is DENIED.

Prepared by: _Alyk L. Oflazian_

Date: _____                    _____
                                           JOHN C. MELARAGNO, JUDGE
                                           UNITED STATES BANKRUPTCY JUDGE

23-027307_ALO