IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jan Amboyer Wooliscroft, | ) | Bankruptcy No. 23-10542-JCM |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 19-20 |
| Jan Amboyer Wooliscroft, | ) | |
|     Movant | ) | Hearing Date and Time: |
| | ) | January 23, 2024 at 1:30PM |
| vs. | ) | |
| | ) | |
| Discover Bank, | ) | |
|     Respondent(s) | ) | |
| | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 3

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 3 filed on December 1, 2023 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 3 appears thereon.  Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 3 were to be filed and served no later than January 2, 2024.

    It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 3 be entered by the Court.

    Respectfully submitted,

January 3, 2024          /s/Lauren M. Lamb
Date:                        Lauren M. Lamb, Esquire
                             Attorney for the Debtor
                             STEIDL & STEINBERG
                             2830 Gulf Tower
                             707 Grant Street
                             Pittsburgh, PA  15219
                             (412) 391-8000
                             PA I. D. No.  209201
                             llamb@steidl-steinberg.com