IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jan Amboyer Wooliscroft, | ) | Bankruptcy No. 23-10542-JCM |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 57-58 |
| Jan Amboyer Wooliscroft, | ) | |
|     Movant | ) | Hearing Date and Time: |
| | ) | April 16, 2023 at 1:30PM |
|     vs. | ) | |
| | ) | |
| Citibank, Discover Bank, Gotham Collection Services Corp., et al., Vion Holdings, Pennsylvania Department of Revenue, PNC Bank National Association and Ronda J. Winnecour, Chapter 13 Trustee, | ) ) ) ) ) | |
|     Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY REALTOR TO SELL DEBTOR'S REAL PROPERTY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Realtor to Sell Debtor's Real Property filed on March 18, 2023 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Realtor to Sell Debtor's Real Property appears thereon.  Pursuant to the Notice of Hearing, objections for Application to Employ Realtor to Sell Debtor's Real Property were to be filed and served no later than April 4, 2024.

    It is hereby respectfully requested that the Order attached to the Application to Employ Realtor to Sell Debtor's Real Property be entered by the Court.

| | |
|---|---|
| | Respectfully submitted, |
| <u>April 5, 2024</u> | <u>/s/Lauren M. Lamb</u> |
| Date: | Lauren M. Lamb, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 2830 Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | PA I. D. No.  209201 |
| | llamb@steidl-steinberg.com |