IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-10542-JCM |
| | : | | |
| Jan Amboyer Wooliscroft | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 5/13/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**   #16 Contested Hearing on Plan Dated 10/31/2023

**APPEARANCES:**

Debtor:   Lauren M. Lamb (video)
Trustee:   Owen Katz (video)
PNC Bank:   Stephen Franks
PA Dept. of Rev.:   Lauren Michaels (video)

**NOTES:**

Katz:   We are currently in month 19 and Debtor is making $500 a month payments that are insufficient to pay creditors. As of the April 24th conciliation, the Debtor did not have an update on the progress of the sale. We ask for dismissal or to consider conversion since there is equity in the property.

Franks:   I would point out we were in front of this Court in October, and there has been no progress since then.

Michaels:   Revenue filed an objection for unfiled income tax returns. 2023 and 2024 tax returns are still unfiled.

Lamb:   There was a realtor approved on April 5, 2024. In terms of recent progress, the Debtor is fixing things in accordance with complaints received from potential buyers. Yesterday we reduced the price from $459,900 to $439,900. The roof was a very big problem that potential buyers noted. There have been 10 viewings in the past 6 weeks but no offers yet.

**OUTCOME:**   Case to be converted to chapter 7. Form conversion order to be entered.

SIGNED
5/13/25 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA