| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Jan Amboyer Wooliscroft<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–7951 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | _ _ _ _<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13   10/16/23 |
| Case number: | 23–10542–JCM | Date case converted to chapter: | 7   5/13/25 |

**Official Form 309B (For Individuals or Joint Debtors)**

**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jan Amboyer Wooliscroft | |
| 2. | **All other names used in the last 8 years** | fka Jan Amboyer | |
| 3. | **Address** | 101 Beau Drive<br>Edinboro, PA 16412 | |
| 4. | **Debtor's attorney**<br>Name and address | Lauren M. Lamb<br>Steidl & Steinberg, P.C.<br>436 7th Ave.<br>Koppers Building<br>Suite 322<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br>Email: llamb@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph B. Spero<br>3213 West 26th Street<br>Erie, PA 16506 | Contact phone 814–836–1011<br>Email: sperofirm@sperolawoffice.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   page **1**

| 6. Bankruptcy clerk's office | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 814–464–9740<br><br>Date: 5/13/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 11, 2025 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 639 079 5364, and Passcode 3024807978, call 1–814–900–6661**<br>For additional information, go to: https://www.justice.gov/ust/moc |
| **8.  Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/11/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/22/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/12/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-10542-JCM

Jan Amboyer Wooliscroft     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: May 13, 2025     Form ID: 309B     Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jan Amboyer Wooliscroft, 101 Beau Drive, Edinboro, PA 16412-3201 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | | Michael S. Jan Janin, Quinn Buseck Leemhuis Toohey & Kroto Inc, 2222 West Grandview Boulevard, Erie, PA 16506-4508 |
| r | + | Mark Hutchison, Coldwell Banker Select Realtors, 413 West Plum Street, Suite A, Edinboro, PA 16412-2175 |
| 15647256 | + | Allegheny Health Network, PO Box 18119, Pittsburgh, PA 15236-0119 |
| 15647257 | + | Allegheny Health Network, Attention: CEO, 120 Fifth Avenue, Suite 2900, Pittsburgh, PA 15222-3002 |
| 15647254 | + | Allegheny Health Network, 30 Isabella Street, Suite 300, Pittsburgh, PA 15212-5862 |
| 15647258 | + | Amboyergary & Diane, c/o Joseph Walsh III, Esq., 305 w. 6th Street, Erie, PA 16507-1244 |
| 15647263 | #+ | Daniel Santucci, Zwicker & Associates, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 15647265 | + | Danielle Dileva, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15647266 | + | Discover Bank, c/o James C. Warmbrodt, Esq., Weltman Weinberg and Reis, 436 Seventh Avenue, Suite 2718, Pittsburgh, PA 15219-1818 |
| 15647268 | + | Don Divito, 104 Water Street, Edinboro, PA 16412-2423 |
| 15647269 | | Edward A. Abrahamsen & Associates PC, 120 N. Keyser Avenue, Scranton, PA 18504-9701 |
| 15647270 | + | Geraldine Linn, Esq., 701 Market Street, Philadelphia, PA 19106-1538 |
| 15654024 | + | Gotham Collection Services Corp., et al., c/o Gregory J. Allard, Esquire, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 15654023 | + | Gregory J. Allard, Esquire, Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 15647273 | | Louis Swartz, 16th Floor, Law & Finance Building, Pittsburgh, PA 15219 |
| 15647274 | + | Michael Ratchford, 1729 Pittston Avenue, Scranton, PA 18505-4794 |
| 15647284 | + | Shapira Hultzelman Berlin & May, 305 W. 6th Street, Erie, PA 16507-1244 |
| 15647288 | + | VION Holdings, LLC, 5555 Glenridge Connector, Atlanta, GA 30342-4759 |
| 15647287 | + | Vion Holdings, 804 West Avenue, Jenkintown, PA 19046-2831 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: llamb@steidl-steinberg.com | May 13 2025 23:58:00 | Lauren M. Lamb, Steidl & Steinberg, P.C., 436 7th Ave., Koppers Building, Suite 322, Pittsburgh, PA 15219 |
| aty | + | Email/Text: lmichaels@attorneygeneral.gov | May 13 2025 23:59:00 | Lauren Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| aty | | Email/Text: amps@manleydeas.com | May 13 2025 23:58:00 | Stephen Russell Franks, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| tr | + | EDI: QJBSPERO.COM | May 14 2025 03:43:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | May 14 2025 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | | |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: 309B | Total Noticed: 55 |

|  |  |  | Date/Time | Recipient |
|---|---|---|---|---|
|  |  |  | May 14 2025 00:00:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr |  | EDI: PENNDEPTREV | May 14 2025 03:43:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, P.O. Box 280946, ATTN:BANKRUPTCY DIVISION, Harriburg, PA 17128-0946 |
| 15647253 | ^ | MEBN | May 13 2025 23:50:54 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15647255 | + | Email/Text: amieg@stcol.com | May 13 2025 23:58:00 | Allegheny Health Network, c/o State Collection SErvice, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15647260 | + | EDI: JPMORGANCHASE | May 14 2025 03:43:00 | Chase Bank, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 15647259 |  | EDI: JPMORGANCHASE | May 14 2025 03:43:00 | Chase Bank, 880 Brooks Edge Blvd., Westerville, OH 43081 |
| 15647261 |  | EDI: CITICORP | May 14 2025 03:43:00 | Citibank, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 15647262 |  | EDI: CITICORP | May 14 2025 03:43:00 | Citibank, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 15647267 |  | EDI: DISCOVER | May 14 2025 03:43:00 | Discover Bank, PO Box 15251, Wilmington, DE 19886 |
| 15647264 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2025 00:00:00 | Daniel Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15662472 |  | EDI: DISCOVER | May 14 2025 03:43:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 15647271 | + | Email/Text: sammyahdoot@optonline.net | May 14 2025 00:00:00 | Gotham Collection Services Corp, 1 Linden Place, Suite 404, Great Neck, NY 11021-2640 |
| 15647272 |  | EDI: IRS.COM | May 14 2025 03:43:00 | Interal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 15664645 |  | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 00:01:27 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15647275 | ^ | MEBN | May 13 2025 23:51:38 | Michael Ratchford, 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15647277 |  | EDI: PENNDEPTREV | May 14 2025 03:43:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 15647276 |  | Email/Text: fesbank@attorneygeneral.gov | May 13 2025 23:59:00 | PA Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 15666261 |  | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2025 23:58:00 | PNC BANK N.A., 3232 NEWMARK DR, MIAMISBURG, OH 45342 |
| 15647278 |  | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2025 23:58:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15647279 |  | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2025 23:58:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15647282 |  | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2025 23:58:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 15647280 |  | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2025 23:58:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15647409 |  | EDI: PENNDEPTREV | May 14 2025 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15647285 | ^ | MEBN | May 13 2025 23:50:40 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |

Case 23-10542-JCM   Doc 79   Filed 05/15/25   Entered 05/16/25 00:30:23   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: 309B | Total Noticed: 55 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15647286 | + | Email/Text: jill.locnikar@usdoj.gov | May 13 2025 23:59:00 | US Attorney's Office WDPA, Joseph F. Weis, Jr. US Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15666711 | | EDI: AIS.COM | May 14 2025 03:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15647289 | + | Email/Text: kcrenshaw@vioninv.com | May 14 2025 00:00:00 | Vion Holdings, LLC, 400 Interstate North Pkwy, Atlanta, GA 30339-5027 |
| 15647291 | + | Email/Text: pitbk@weltman.com | May 13 2025 23:59:00 | Weltman Weinberg & Reis, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15647290 | + | Email/Text: BKRMailOps@weltman.com | May 14 2025 00:00:00 | Weltman Weinberg & Reis, 965 Keynote Circle, Brooklyn, OH 44131-1829 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Gregory J. Allard |
| cr | | Gotham Collection Services Corp. |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15647283 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 15647281 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2025          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Joseph B. Spero | sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Lauren Michaels | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance lmichaels@attorneygeneral.gov |
| Lauren M. Lamb | on behalf of Debtor Jan Amboyer Wooliscroft julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: 309B | Total Noticed: 55 |

Michael S. Jan Janin
    on behalf of Creditor Gotham Collection Services Corp. mjanjanin@quinnfirm.com
    mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 8