IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jan Amboyer Wooliscroft, | ) | Case No. 23-10542-JCM |
| | ) | Chapter 7 |
| Debtor | ) | Docket No. |

## RULE 1019 REPORT

AND NOW, comes the Debtor, Jan Amboyer Wooliscroft, by and through her attorney, Lauren M. Lamb and Steidl & Steinberg, P.C, and respectfully represents as follows:

1. This case was commenced on October 16, 2023 when the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Debtor's Chapter 13 bankruptcy case was converted to Chapter 7 by Order of Court dated May 13, 2025 at docket number 72.

3. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtor has not entered into any executory contracts or unexpired leases.

4. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtor was gifted a 2003 Pontiac Grand Am with approximately 200,000 miles. The vehicle is currently not inspected and is inoperable. Debtor's mechanic is not sure if it can be fixed and it may need to be junked.

5. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtor has not acquired any real property.

6. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtor has not incurred any debts.

WHEREFORE, the Debtor, Jan Amboyer Wooliscroft, respectfully files this Rule 1019 Report.

Respectfully submitted,

May 27, 2025  
DATE

/s/ Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtor  
Steidl & Steinberg, P.C.  
436 Seventh Avenue, Suite 322  
Pittsburgh, PA 15219  
(412) 391-8000  
llamb@steidl-steinberg.com  
PA I.D. No. 209201