IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Jan Amboyer Wooliscroft | )<br>)<br>) | Case No.: 23-10542-JCM |
| | )<br>) | Chapter 7 |
| Debtor(s) | ) | previously Chapter 13 |
| Ronda J. Winnecour, Chapter 13<br>Trustee, | )<br>)<br>) | Related Document No. 87 |
| Movant, | )<br>) | |
| Vs.<br>Jan Amboyer Wooliscroft | )<br>)<br>) | |
| Respondent(s) | ) | |

**ORDER OF COURT**

AND NOW, this __13th__ day of _____June_____, 2025, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted, and the Chapter 13 Trustee shall file the Final Report and Account on or before July 31, 2025.

BY THE COURT:

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court

SIGNED
6/13/25 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jan Amboyer Wooliscroft  
    Debtor

Case No. 23-10542-JCM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Jun 13, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jan Amboyer Wooliscroft, 101 Beau Drive, Edinboro, PA 16412-3201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Joseph B. Spero | sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Lauren Michaels | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance lmichaels@attorneygeneral.gov |
| Lauren M. Lamb | on behalf of Debtor Jan Amboyer Wooliscroft julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Michael S. Jan Janin
    on behalf of Creditor Gotham Collection Services Corp. mjanjanin@quinnfirm.com
    mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 8