IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 23-10542-JCM |
| JAN AMBOYER WOOLISCROFT | : | |
| Debtor | : | CHAPTER NO. 7 |
| | : | |
| JOSEPH B. SPERO, TRUSTEE | : | |
| Movant | : | Document No.: 92 |
| | : | |
| v. | : | |
| | : | Related to Document No.: 91 |
| NO RESPONDENT | : | |

### CERTIFICATE OF SERVICE

I, Joseph B. Spero, Esquire, the undersigned, certify that I served or cause to be served, on June 19, 2025, a copy of the **Executed Order** regarding the *Motion for Appointment of Attorney Pro Se for Trustee*, by first-class mail, postage pre-paid, or as shown below on the following:

**Service by NEF**

Lauren M. Lamb, Esquire → Via ECF
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, Pa 15219
llamb@steidl-steinberg.com

**Service by First Class Mail**

Office of the United States Trustee              Jan Amboyer Wooliscroft and
1000 Liberty Avenue                              101 Beau Drive
Suite 1316                                       Edinboro, PA 16412
Pittsburgh, PA 15222

Respectfully Submitted,

BY: /s/ Joseph B. Spero
    Joseph B. Spero, Esquire
    Attorney for the Movant/Trustee
    3213 West 26th Street
    Erie, Pennsylvania 16506
    (814) 836-1011
    PA I.D. No. 76409
    sperofirm@sperolawoffice.com