IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | BANKRUPTCY NO. 23-10542-JCM |
| JAN AMBOYER WOOLISCROFT : | |
| Debtor : | CHAPTER NO. 7 |
| : | |
| JOSEPH B. SPERO, TRUSTEE : | |
| Movant : | Document No.: _____ |
| : | |
| v. : | |
| : | Related to Document No.: 90 |
| NO RESPONDENT : | |

### ORDER APPROVING COUNSEL FOR THE TRUSTEE

**AND NOW**, this 18th day of _____June_____, 2025, upon consideration of the *Motion for Appointment of Attorney Pro Se for Trustee,* filed at Document No. 90 it is **ORDERED, ADJUDGED and DECREED** as follows:

1. *Joseph B. Spero, Esquire, and the Law Office of Joseph B. Spero, Esquire, 3213 West 26th Street, Erie, Pennsylvania 16506,* are hereby appointed, as of the date of the filing of the *Motion,* as Attorney(s) for Trustee in this bankruptcy proceeding for the reasons set forth in the *Motion.*

2. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

3. Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C §328(a).* Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order. *Any retainer paid to the Attorney is unaffected by this Order and remains property of the Estate until further order of Court.*

4. Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Attorney, this *Order* does not authorize the Attorney to retain or pay any outside counsel or other professional to assist Attorney in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of Court.

5. *Movant shall serve the within Order on all interested parties and file a Certificate of Service.*

SIGNED
6/18/25 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jlm
JOHN C. MELARAGNO, Judge
United States Bankruptcy Court for the
Western District of Pennsylvania

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10542-JCM |
| Jan Amboyer Wooliscroft | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 18, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jan Amboyer Wooliscroft, 101 Beau Drive, Edinboro, PA 16412-3201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Joseph B. Spero | sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Lauren Michaels | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance lmichaels@attorneygeneral.gov |
| Lauren M. Lamb | on behalf of Debtor Jan Amboyer Wooliscroft julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 18, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Michael S. Jan Janin
    on behalf of Creditor Gotham Collection Services Corp. mjanjanin@quinnfirm.com
    mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 8