IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | BANKRUPTCY NO. | 23-10542-JCM |
| JAN AMBOYER WOOLISCROFT : | | |
|    Debtor : | | |
| : | CHAPTER NO. | 7 |
| JOSEPH B. SPERO, TRUSTEE : | | |
|    Movant : | Related to Document No.: | _____ |
| : | | |
| : | | |
| v. : | Hearing Date: | August 7, 2025 |
| : | Hearing Time: | 2:00 p.m. |
| NO RESPONDENT : | Objection Date: | July 28, 2025 |

### NOTICE OF HEARING ON APPLICATION TO EMPLOY REALTOR AND TERMINATION OF THE EMPLOYMENT OF THE PRIOR REALTOR

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than July 28, 2025, (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. **You should take this Notice and the Motion to a lawyer at once.**

A hearing will be held on August 7, 2025, at 2:00 p.m. before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Mailing or other service: July 9, 2025

Attorney for Movant/Applicant

/s/ Joseph B. Spero
Joseph B. Spero, Esquire
3213 West 26th Street
Erie, Pennsylvania 16506
(814) 836-1011
PA ID 76409
sperofirm@sperolawoffice.com