IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 23-10542-JCM |
| JAN AMBOYER WOOLISCROFT | : | |
|    Debtor | : | |
| | : | CHAPTER NO. 7 |
| JOSEPH B. SPERO, TRUSTEE | : | |
|    Movant | : | Document No.: 102 |
| | : | |
| | : | Related to Doc. Nos.: 100 and 101 |
|    v. | : | |
| | : | |
| NO RESPONDENT | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *"Application to Employ Realtor and Termination of the Employment of the Prior Realtor"* filed on July 9, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answers, objections or other responsive pleadings to the *"Application to Employ Realtor and Termination of the Employment of the Prior Realtor"* appears thereon. Pursuant to the Notice of Hearing, answers, objections or other responsive pleadings to the *"Application to Employ Realtor and Termination of the Employment of the Prior Realtor"* were to be filed and served no later than July 28, 2025.

It is hereby respectfully requested that the Order attached to the *"Application to Employ Realtor and Termination of the Employment of the Prior Realtor"* be entered by the Court.

Respectfully submitted,

Dated: July 29, 2025

By: /s/ Joseph B. Spero
Joseph B. Spero, Esquire
PA I.D. No. 76409
3213 West 26th Street
Erie, Pennsylvania 16506
(814) 836-1011
(814) 836-1140 (fax)
sperofirm@sperolawoffice.com