IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 23-10542-JCM |
| JAN AMBOYER WOOLISCROFT | : | |
|     Debtor | : | |
| | : | CHAPTER NO. 7 |
| JOSEPH B. SPERO, TRUSTEE | : | |
|     Movant | : | Document No.: 104 |
| | : | |
| | : | Related to Document No.: 103 |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

**CERTIFICATION OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on July 30, 2025, a copy of the **Executed Order** regarding the *Application to Employ Realtor and Termination of the Employment of the Prior Realtor* for the Trustee, upon each of the following persons and parties in interest at the addresses shown below by first class mail, postage pre-paid, or as otherwise indicated:

**Service by NEF**

Lauren M. Lamb → Via ECF
Steidl & Steinberg
707 Grant Street
28th Floor – Gulf Tower
Pittsburgh, PA 15219
llamb@steidl-steinberg.com

Jennifer R. Funk → Via Elec. Mail
Regina Baldwin Realtors
Jennifer@theerierealtors.com

**Service by First Class Mail**

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Mark Hutchinson
Coldwell Banker Select
413 W. Plum Street
Edinboro, PA 16412

Jan Amboyer Wooliscroft
101 Beau Drive
Edinboro, PA 16412

                              Respectfully submitted,

                              BY:    /s/ Joseph B. Spero
                                       Joseph B. Spero, Esquire
                                       PA I.D. # 76409
                                       3213 West 26th Street
                                       Erie, Pennsylvania 16506
                                       (814) 836-1011
                                       sperofirm@sperolawoffice.com