# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-10542-JCM |
| | : | | |
| Jan Amboyer Wooliscroft | : | Chapter: | 7 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/7/2025 |
| | : | Time: | 02:00 |

## PROCEEDING MEMO

**MATTER**  #98 Application for Final Compensation by Counsel for Debtor

**APPEARANCES:**

  Debtor: Lauren M. Lamb
  Trustee: Joseph B. Spero

**NOTES:**

Lamb:  No CNO was filed because I was contacted by Trustee Spero prior to the response deadline. I offered to have my fees to the sale matter paid as an unsecured claim and my fees on base chapter 13 fees paid as an administrative claim.

Spero:  I do not believe all matters were for the benefit of the estate. I do not think any fees related to the listing agreement should be approved.

**OUTCOME:**  On or before August 21, 2025 the Chapter 7 Trustee shall file an objection to the Application for Final Compensation (Doc. 98). On or before September 4, 2025 Counsel for the Debtor shall file a Response to the Trustee's Objection. Upon receipt of Debtor's Response, the Court will issue an Order on fees without further notice or hearing. TO to be entered.

SIGNED
8/7/25 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA