IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | | |
| | : | CASE NO. 1:23-10542-JCM | |
| JAN AMBOYER WOOLISCROFT | : | | |
|    Debtor | : | CHAPTER 7 | |
| | : | Document No.: | |
| JOSEPH B. SPERO, Trustee | : | Related to Document No.: | |
|    Movant | : | | |
| | : | | |
|    vs. | : | Hearing Date: | December 4, 2025 |
| | : | Hearing Time: | 2:30 p.m. |
| BOROUGH OF EDINBORO TAX | : | | |
| COLLECTOR, CITIBANK SOUTH | : | Objection Date: | November 24, 2025 |
| DAKOTA, N.A., COMMONWEALTH | : | | |
| OF PENNSYLVANIA - PENNSYLVANIA | : | | |
| DEPARTMENT OF REVENUE, | : | | |
| ERIE COUNTY TAX CLAIM BUREAU, | : | | |
| PNC BANK, N.A., VION HOLDINGS, | : | | |
| LLC and LVNV FUNDING, LLC, | : | | |
|    Respondents | : | | |

### NOTICE OF HEARING ON MOTION FOR PRIVATE SALE
### OF REAL PROPERTY FREE AND DIVESTED OF LIENS

To the Creditors and Parties in interest of the above-named Debtor:

   NOTICE IS HEREBY GIVEN THAT the Trustee, Joseph B. Spero, has filed a Motion for Private Sale of Real Property Free and Divested of Liens for the following property:

**101 Beau Drive, Edinboro, Pennsylvania 16412**

to Maggie Cross, 10212 Kimball Road, Wattsburg, Pennsylvania 16442, for $384,000.00 according to the terms set forth in the *Motion for Private Sale*.

   ***On or before*** November 24, 2025, any ***Objections*** to the sale shall be filed with the U.S. Bankruptcy Court, U.S. Courthouse, Room B160, 17 South Park Row, Erie, Pennsylvania 16501, with a copy served on all interested parties.

     A hearing is scheduled for December 4, 2025, at 2:30 p.m. before Judge John C. Melaragno in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania 16501, at which time higher/better offers will be considered and Objections to the sale will be heard.

Date of Notice: November 7, 2025

    Respectfully Submitted,

    /s/ Joseph B. Spero
    Joseph B. Spero, Esquire
    Attorney for the Movant/Trustee
    3213 West 26th Street
    Erie, Pennsylvania 16506
    (814) 836-1011
    PA ID 76409
    sperofirm@sperolawoffice.com

**Arrangements for inspection prior to**
**said sale hearing may be made with:**
Joseph B. Spero, Esquire – Chapter 7 Trustee
3213 West 26th Street, Erie, Pennsylvania 16506
(814) 836-1011 ~~ sperofirm@sperolawoffice.com