| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jan Amboyer Wooliscroft<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7951<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–10542–JCM | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jan Amboyer Wooliscroft
fka Jan Amboyer

11/7/25

**By the court:**   John C Melaragno
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-10542-JCM |
|---|---|
| Jan Amboyer Wooliscroft | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 07, 2025 | Form ID: 318 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jan Amboyer Wooliscroft, 101 Beau Drive, Edinboro, PA 16412-3201 |
| r | | Jennifer R. Funk, Regina Baldwin Realtor, 5630 Peach Street, Suite A13, Erie, PA 16565 |
| 15647256 | + | Allegheny Health Network, PO Box 18119, Pittsburgh, PA 15236-0119 |
| 15647257 | + | Allegheny Health Network, Attention: CEO, 120 Fifth Avenue, Suite 2900, Pittsburgh, PA 15222-3002 |
| 15647254 | + | Allegheny Health Network, 30 Isabella Street, Suite 300, Pittsburgh, PA 15212-5862 |
| 15647258 | + | Amboyergary & Diane, c/o Joseph Walsh III, Esq., 305 w. 6th Street, Erie, PA 16507-1244 |
| 15647265 | + | Danielle Dileva, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15647266 | + | Discover Bank, c/o James C. Warmbrodt, Esq., Weltman Weinberg and Reis, 436 Seventh Avenue, Suite 2718, Pittsburgh, PA 15219-1818 |
| 15647268 | + | Don Divito, 104 Water Street, Edinboro, PA 16412-2423 |
| 15647269 | | Edward A. Abrahamsen & Associates PC, 120 N. Keyser Avenue, Scranton, PA 18504-9701 |
| 16579907 | | Erie County Tax Claim Bureau, Erie County Courthouse, Room 110, Erie, PA 16501 |
| 15647270 | + | Geraldine Linn, Esq., 701 Market Street, Philadelphia, PA 19106-1538 |
| 15654024 | + | Gotham Collection Services Corp., et al., c/o Gregory J. Allard, Esquire, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 15654023 | + | Gregory J. Allard, Esquire, Watson & Allard, PC, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 15647273 | | Louis Swartz, 16th Floor, Law & Finance Building, Pittsburgh, PA 15219 |
| 15647274 | + | Michael Ratchford, 1729 Pittston Avenue, Scranton, PA 18505-4794 |
| 15647276 | + | PA Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15647284 | + | Shapira Hultzelman Berlin & May, 305 W. 6th Street, Erie, PA 16507-1244 |
| 15647288 | + | VION Holdings, LLC, 5555 Glenridge Connector, Atlanta, GA 30342-4759 |
| 15647287 | + | Vion Holdings, 804 West Avenue, Jenkintown, PA 19046-2831 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJBSPERO.COM | Nov 08 2025 04:34:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | Nov 08 2025 04:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: PENNDEPTREV | Nov 08 2025 04:34:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, P.O. Box 280946, ATTN:BANKRUPTCY DIVISION, Harriburg, PA 17128-0946 |
| 15647253 | ^ | MEBN | Nov 07 2025 23:38:57 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15647255 | + | Email/Text: amieg@stcol.com | Nov 07 2025 23:49:00 | Allegheny Health Network, c/o State Collection SErvice, Inc., PO Box 6250, Madison, WI |

| District/off: 0315-1 | User: auto | | Page 2 of 3 |
|---|---|---|---|
| Date Rcvd: Nov 07, 2025 | Form ID: 318 | | Total Noticed: 49 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 53716-0250 |
| 15647260 | + | EDI: JPMORGANCHASE | Nov 08 2025 04:34:00 | Chase Bank, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 15647259 | | EDI: JPMORGANCHASE | Nov 08 2025 04:34:00 | Chase Bank, 880 Brooks Edge Blvd., Westerville, OH 43081 |
| 15647261 | | EDI: CITICORP | Nov 08 2025 04:34:00 | Citibank, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 15647262 | | EDI: CITICORP | Nov 08 2025 04:34:00 | Citibank, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 15647267 | | EDI: DISCOVER | Nov 08 2025 04:34:00 | Discover Bank, PO Box 15251, Wilmington, DE 19886 |
| 15647264 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2025 23:49:00 | Daniel Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15662472 | | EDI: DISCOVER | Nov 08 2025 04:34:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 15647271 | + | Email/Text: sammyahdoot@optonline.net | Nov 07 2025 23:49:00 | Gotham Collection Services Corp, 1 Linden Place, Suite 404, Great Neck, NY 11021-2640 |
| 15647272 | | EDI: IRS.COM | Nov 08 2025 04:34:00 | Interal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 15664645 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2025 23:53:21 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15647275 | ^ | MEBN | Nov 07 2025 23:39:16 | Michael Ratchford, 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15647277 | | EDI: PENNDEPTREV | Nov 08 2025 04:34:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 15666261 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2025 23:49:00 | PNC BANK N.A., 3232 NEWMARK DR, MIAMISBURG, OH 45342 |
| 15647278 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2025 23:49:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15647279 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2025 23:49:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15647282 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2025 23:49:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 15647280 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2025 23:49:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15647409 | | EDI: PENNDEPTREV | Nov 08 2025 04:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 15647285 | ^ | MEBN | Nov 07 2025 23:38:46 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 15647286 | + | Email/Text: jill.locnikar@usdoj.gov | Nov 07 2025 23:49:00 | US Attorney's Office WDPA, Joseph F. Weis, Jr. US Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15666711 | | EDI: AIS.COM | Nov 08 2025 04:34:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15647289 | + | Email/Text: kcrenshaw@vioninv.com | Nov 07 2025 23:49:00 | Vion Holdings, LLC, 400 Interstate North Pkwy, Atlanta, GA 30339-5027 |
| 15647291 | + | Email/Text: pitbk@weltman.com | Nov 07 2025 23:49:00 | Weltman Weinberg & Reis, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15647290 | + | Email/Text: BKRMailOps@weltman.com | Nov 07 2025 23:49:00 | Weltman Weinberg & Reis, 965 Keynote Circle, Brooklyn, OH 44131-1829 |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 07, 2025 | Form ID: 318 | Total Noticed: 49 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Gregory J. Allard |
| cr | | Gotham Collection Services Corp. |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| aty | *+ | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15647283 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 15647281 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15647263 | ##+ | Daniel Santucci, Zwicker & Associates, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Joseph B. Spero | sperofirm@sperolawoffice.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperofirm@sperolawoffice.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Lauren Michaels | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue Bureau of Compliance lmichaels@attorneygeneral.gov |
| Lauren M. Lamb | on behalf of Debtor Jan Amboyer Wooliscroft julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Michael S. Jan Janin | on behalf of Creditor Gotham Collection Services Corp. mjanjanin@quinnfirm.com mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 8