IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-10542-JCM |
| | : | | |
| Jan Amboyer Wooliscroft | : | Chapter: | 7 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/4/2025 |
| | : | Time: | 02:30 |

## PROCEEDING MEMO

**MATTER**   #112 Motion For Private Sale of Real Property Free and Divested of Liens
#121 Answer by Gotham Collection Services Corp.

**APPEARANCES:**

Debtor:   Christopher Frye
Trustee:   Joseph B. Spero
Gotham Collection Services Corp.:   Michael S. Jan Janin

**NOTES:**

Spero:   I would ask for a continuance to December 18, 2025  There were two additional lien creditors not originally provided for in the motion.  As a result of their liens there is insufficient funds to enable this matter to go forward. We are working on a carveout.  We will file a motion to continue to January if we need to.

Jan Janin:   I saw the motion for sale and my client was not listed as a respondent.

**OUTCOME:**   Continued to December 18, 2025 at 2:30 P.M.  TO to be entered.

The caption of the Motion for Private Sale of Real Property Free and Divested of Liens (Doc. 112) and all future related filings is amended to include the omitted creditor Gotham Collection Services Corp.  TO to be entered.

SIGNED
12/8/25 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA