

**LOCALiQ**

Erie Times-News | The Intelligencer
Bucks County Courier Times
The Daily American | Beaver County Times
Pocono Record | Burlington County Times

PO Box 630531 Cincinnati, OH 45263-0531

## AFFIDAVIT OF PUBLICATION

Joseph B Spero Esquire
Joseph B Spero Esquire
3213 W 26Th ST
Erie PA 16506-2507

STATE OF PENNSYLVANIA, COUNTY OF ERIE

The Erie Times-News is a newspaper of general circulation, whose principal place of business is at 205 W-12th Street, Erie, Pennsylvania. That a copy of the printed notice, hereto attached, is exactly as the same was printed and published in the regular edition of the Erie Times-News, published in the issue dated:

11/16/2025

Sworn to and subscribed before on 11/16/2025

BANKRUPTCY NOTICE OF SALE
IN RE: Jan Amboyer Wooliscroft Bankruptcy Case No. 1:23-10542-JCM
Real property known as 101 Beau Drive, Edinboro, Pennsylvania 16412 and bearing Erie County Tax Index No. (11) 013-039.1-009.00, a complete legal description may be found in the Erie County Recorder of Deeds Office in Record Book 383, page 1375.
Sale to be held: December 4, 2025 at 2:30 p.m. at the U.S. Courthouse, Bankruptcy Court, 17 South Park Row, Erie, Pennsylvania 16501
Objections due: November 24, 2025
Initial Offer: $384,000.00
AS IS; Contingencies: None
The Court will entertain higher offers at the hearing. Bidders must be pre-qualified to bid with the Trustee prior to the date of the hearing and must make a $10,000.00 down payment at the hearing on their successful bid.
For Information, description, and photographs: www.pawb.uscourts.gov/easi.htm
Direct Contact: Joseph B. Spero, Trustee, 3213 West 26th Street, Erie, Pennsylvania 16506, Phone (814) 836-1011, sperofirm@sperolawoffice.com

(11-11830899-NT-16)

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

6/30/2029
_____
My commission expires

Publication Cost:  $190.84
Tax Amount:        $0.00
Payment Cost:      $190.84
Order No:          11830899          # of Copies: 1
Customer No:       579268
PO #:

### THIS IS NOT AN INVOICE!
*Please do not use this form for payment remittance.*

```
AMY KOKOTT
Notary Public
State of Wisconsin
```