*Erie County Legal Journal*

# Proof of Publication of Notice

COMMONWEALTH OF PENNSYLVANIA  } SS:
COUNTY OF ERIE

Before me, the undersigned notary public, this day, personally appeared __Megan E. Anthony__ to me known, who being duly sworn according to law, deposes and states the following:

I am the Managing Editor of the *Erie County Legal Journal*. The *Erie County Legal Journal* is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945 and is published by the Erie County Bar Association, 429 West Sixth Street, Erie, Erie County, Pennsylvania 16507. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**COPY OF NOTICE**

**BANKRUPTCY NOTICE OF SALE**
IN RE: Jan Amboyer Wooliscroft
Bankruptcy Case No. 1:23-10542-JCM
Real property known as 101 Beau Drive, Edinboro, Pennsylvania 16412 and bearing Erie County Tax Index No. (11) 013-039.1-009.00, a complete legal description may be found in the Erie County Recorder of Deeds Office in Record Book 383, page 1375.
Sale to be held: December 4, 2025 at 2:30 p.m. at the U.S. Courthouse, Bankruptcy Court, 17 South Park Row, Erie, Pennsylvania 16501
Objections due: November 24, 2025
Initial Offer: $384,000.00
AS IS; Contingencies: None
**The Court will entertain higher offers at the hearing. Bidders must be pre-qualified to bid with the Trustee prior to the date of the hearing and must make a $10,000.00 down payment at the hearing on their successful bid.**
For Information, description, and photographs: www.pawb.uscourts.gov/easi.htm
Direct Contact: Joseph B. Spero, Trustee, 3213 West 26th Street, Erie, Pennsylvania 16506, Phone (814) 836-1011, sperofirm@sperolawoffice.com
Nov. 21

Friday, __November 21__, 20__25__

The affiant further states that he/she is a designated agent of the Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all of the allegations of the aforesaid statement as to time, place and character of publication are true.

_Megan E. Anthony_, *Managing Editor*

Sworn to and subscribed before me this __21st__ day of __November__, 20__25__

_Christine M. Lynch_
*Notary Public*

**MY COMMISSION EXPIRES**



COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Christine M. Lynch, Notary Public
Erie County
My Commission Expires 11/7/2027
Commission # 1438712