**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-10542-JCM |
| | : | | |
| Jan Amboyer Wooliscroft | : | Chapter: | 7 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 1/8/2026 |
| | : | Time: | 02:30 |

## PROCEEDING MEMO

**_MATTER_**     #112 Motion For Private Sale of Real Property Free and Divested of Liens
    #121 Answer by Gotham Collection Services Corp.

**_APPEARANCES:_**

     Debtor:    Lauren M. Lamb (no appearance)
     Trustee:   Joseph B. Spero

**_NOTES:_**

Spero:    The five junior judgment lien holders, we have been contacting them
    since November 21st.  All have responded, but Citibank has been
    completely unresponsive.  I suggest we include a reverse notice
    provision.  The proposed buyer is Maggie Cross.

**_OUTCOME:_**     GRANTED /  MOE

SIGNED
1/8/26 4:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA