IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO.  1:23-10542-JCM |
| JAN AMBOYER WOOLISCROFT | : | |
| Debtor | : | CHAPTER 7 |
| | | |
| | : | Document No.: |
| JOSEPH B. SPERO, Trustee | : | |
| Movant | : | |
| | : | Related to Document No.:   130 |
| vs. | : | |
| | : | |
| BOROUGH OF EDINBORO TAX | : | |
| COLLECTOR, CITIBANK SOUTH | : | |
| DAKOTA, N.A., COMMONWEALTH | : | |
| OF PENNSYLVANIA - PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | |
| ERIE COUNTY TAX CLAIM BUREAU, | : | |
| PNC BANK, N.A., VION HOLDINGS, | : | |
| LLC, LVNV FUNDING, LLC, | : | |
| DISCOVER BANK, and GOTHAM | : | |
| COLLECTION SERVICES, CORP. | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Joseph B. Spero, Esquire, certify under penalty of perjury that I served the ***Executed Court Order***, filed at Document No. 130 on the parties at the addresses specified below or on the attached list on January 9, 2026.

**Service by NEF**

Lauren M. Lamb → Via ECF
Steidl & Steinberg
llamb@steidl-steinberg.com
*Debtor's Counsel*

Michael Jan Janin, Esquire → Via ECF
Quinn Law Firm
mjanjanin@quinnfirm.com
*Counsel for Gotham Collection Services, Corp.*

Patrick Miller, Esquire → Via ECF
Commonwealth of Pennsylvania
Pennsylvania Department of Revenue
patrickmi@pa.gov
*Counsel for the PA DOR*

LVNV Funding, LLC → Via Elec. Mail
Resurgent Capital Services
Attn:  Amanda Noyes
anoyes@resurgent.com

Attn:  Matthew Urban, Esquire → Via Elec. Mail
Weltman Weinberg & Reis
murban@weltman.com
*Counsel for Discover Bank n/b/m Capital One Bank*

**Service by First Class Mail**

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Jan Amboyer Wooliscroft
101 Beau Drive
Edinboro, PA  16412

Maggie Cross
10212 Kimball Road
Wattsburg, PA  16412
*Buyer*

Rhonda Walker
Edinboro Tax Collector
P.O. Box 374
Edinboro, PA  16412

PNC Bank, N.A.
Adam B. Hall, Esquire
Manley Deas Kochalski, LLC
P.O. Box 16520
Columbus, OH 43216

Erie Tax Claim Bureau
George Joseph, Esquire
140 West Sixth Street
Erie, PA  16501

CitiBank South Dakota, NA
Brent McIntosh, Esquire
Chief Counsel
388 Greenwich Street
New York, NY 10013

Vion Holdings, LLC
Michael Ratchford, Esquire
54 Glenmaura National Boulevard
Suite 104
Moosic, PA  18507

**\*\*   All Creditors on Attached also served via First Class Mail   \*\***

Respectfully Submitted,

BY:  /s/ Joseph B. Spero
    Joseph B. Spero, Esquire
    Attorney for Movant/Trustee
    3213 West 26th Street
    Erie, Pennsylvania 16506
    (814) 836-1011
    PAID#76409
    sperofirm@sperolawoffice.com

Allegheny Health Network
30 Isabella Street, Suite 300
Pittsburgh, PA 15212-5862

Allegheny Health Network
Attention: CEO
120 Fifth Avenue, Suite 2900
Pittsburgh, PA 15222-3002

Allegheny Health Network
c/o State Collection SErvice, Inc.
PO Box 6250
Madison, WI 53716-0250

Allegheny Health Network
PO Box 18119
Pittsburgh, PA 15236-0119

Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15264-5250

Chase Bank
880 Brooks Edge Blvd.
Westerville, OH 43081

Chase Bank
P.O. Box 15153
Wilmington, DE 19886-5153

Citibank
P. O. Box 6500
Sioux Falls, SD 57117-6500

Citibank
PO Box 6004
Sioux Falls, SD 57117-6004

Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Don Divito
104 Water Street
Edinboro, PA 16412-2423

Gotham Collection Services Corp
1 Linden Place, Suite 404
Great Neck, NY 11021-2640

Abrahamsen & Associates PC
120 N. Keyser Avenue
Scranton, PA 18504-9701

Internal Revenue Service
Centralized Insolvency Operations
P.O. box 7346
Philadelphia, PA 19101-7346

Lauren Michaels
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Louis Swartz
16th Floor, Law & Finance Building
Pittsburgh, PA 15219

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

PA Department of Revenue
1 Revenue Place
Harrisburg, PA 17129-0001

Pennsylvania Dept. of Revenue
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pennsylvania Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Harrisburg, PA  17120-0001

PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

US Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0009

US Attorney's Office WDPA
Joseph F. Weis, Jr. US Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1956

Weltman Weinberg & Reis
965 Keynote Circle
Brooklyn, OH 44131-1829

Weltman Weinberg & Reis
436 7th Avenue, Suite 2500
Pittsburgh, PA 15219-1842

Abrahamsen & Associates PC
120 N. Keyser Avenue
Scranton, PA 18504-9701