IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Jan Amboyer Wooliscroft, | ) | Case No. 23-10542-JCM |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Docket No. |
| Jan Amboyer Wooliscroft, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Joseph B. Spero, Chapter 7 Trustee and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CONSENT ORDER OF COURT REGARDING FUNDS ON HAND WITH CHAPTER 13 TRUSTEE

    Whereas Jan Amboyer Wooliscroft (hereinafter the "Debtor") filed a voluntary petition under Chapter 13 of the Bankruptcy Code, which was subsequently converted to a Chapter 7 bankruptcy case by Order of Court dated May 13, 2025 at Docket No. 72;

    Whereas at the time of conversion the Chapter 13 Trustee had $5,130.00 in funds on hand that had not been distributed to creditors, which would normally be refunded to the Debtor;

    Whereas the Chapter 7 Trustee and Debtor have not yet agreed upon the final disposition of these funds.

    AND NOW, therefore upon the consent of the Debtor, Chapter 7 Trustee and Chapter 13 Trustee, it is hereby ORDERED that the Chapter 13 Trustee shall remit the $5,130.00 that she has on hand to Steidl & Steinberg, P.C. to be held in its IOLTA account pending further Order of Court.

So ORDERED, this _____ day of _____, 2026.


_____
John C. Melaragno

                          United States Bankruptcy Judge

Consented to:

/s/Lauren M. Lamb
Lauren M, Lamb, Esquire
Attorney for the Debtor
Steidl & Steinberg, P.C.
436 Seventh Avenue
Suite 322
Pittsburgh, PA  15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201


/s/Owen Katz
Owen Katz, Esq.
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee


/s/Joseph B. Spero
Joseph B. Spero, Esquire
Attorney for the Chapter 7 Trustee
3213 West 26th Street
Erie, Pennsylvania 16506
(814) 836-1011
PA ID# 76409
sperofirm@sperolawoffice.com