**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JAN AMBOYER WOOLISCROFT | Case No.:23-10542 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/16/2023 and confirmed on 01/09/2024. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,500.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,800.00 | |
|     Trustee Fee | 570.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,370.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GOTHAM COLLECTION SERVICES CORP | 62,447.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 5111 | | | | |
|   PA DEPARTMENT OF REVENUE* | 6,920.78 | 0.00 | 0.00 | 0.00 |
|     Acct: 7951 | | | | |
|   VION HOLDINGS LLC | 3,262.10 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 233,914.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 3292 | | | | |
| | * * * N O N E * * * | | | |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAN AMBOYER WOOLISCROFT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAN AMBOYER WOOLISCROFT | 5,130.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 23-10542 | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| STEIDL & STEINBERG PC | 4,400.00 | 3,800.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 11,640.63 | 0.00 | 0.00 | 0.00 |
| Acct: 7951 | | | | |
| PA DEPARTMENT OF REVENUE* | 5,517.39 | 0.00 | 0.00 | 0.00 |
| Acct: 7951 | | | | |
| STEIDL & STEINBERG PC | 5,130.00 | 5,130.00 | 0.00 | 5,130.00 |
| Acct: XXXXXXXXXXXXXXXXX0542 | | | | |
| | | | | 5,130.00 |
| **Unsecured** | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0928 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9033 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY AND DIANNE AMBOYER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DON DIVITO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 3,852.78 | 0.00 | 0.00 | 0.00 |
| Acct: 7951 | | | | |
| LVNV FUNDING LLC | 3,262.10 | 0.00 | 0.00 | 0.00 |
| Acct: 4024 | | | | |
| INTERNAL REVENUE SERVICE* | 115,695.39 | 0.00 | 0.00 | 0.00 |
| Acct: 7951 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 52.73 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | | | 5,130.00 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY              22,288.02
SECURED              306,545.18
UNSECURED            122.863.00

Date: 02/13/2026                                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com