IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jan Amboyer Wooliscroft, | ) | Bankruptcy No. 23-10542-JCM |
| | ) | Chapter 7 |
| Debtor | ) | Document No. |
| | ) | |
| Jan Amboyer Wooliscroft, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**NOTICE OF CHANGE OF ADDRESS**

AND NOW, comes the Movant, Jan Amboyer Wooliscroft, by and through her attorney, Lauren M. Lamb and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. At the time of filing, the Movant had an address of 101 Beau Drive, Edinboro, PA 16412.

2. The Movant has since moved and her new address is 7131 Penn Avenue, Pittsburgh, PA 15208.

WHEREFORE, the Movant, Jan Amboyer Wooliscroft, respectfully files this Notice of Change of Address.

Respectfully submitted,

February 26, 2020           /s/ Lauren M. Lamb
DATE                        Lauren M. Lamb, Esquire
                            Attorney for the Debtor
                            STEIDL & STEINBERG
                            Suite 2830, Gulf Tower
                            707 Grant Street
                            Pittsburgh, PA 15219
                            (412) 391-8000
                            llamb@steidl-steinberg.com
                            PA I.D. No. 209201