IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 1:23-10542-JCM |
| JAN AMBOYER WOOLISCROFT | : | |
| DEBTOR | : | CHAPTER NO. 7 |
| | : | |
| JOSEPH B. SPERO, TRUSTEE | : | |
| MOVANT | : | Document No.: ___________ |
| V. | : | |
| | : | Related to Court Order No. 141 |
| NO RESPONDENTS | : | |

**STATUS REPORT**

And now, this 9th day of July, 2026, comes the Trustee, Joseph B. Spero, Esquire, and hereby reports on the current status of the case as follows:

1. The Debtor filed her Chapter 13 Bankruptcy Petition on October 16, 2023.
2. On April 24, 2025, a Conciliation Conference was held regarding the contested Chapter 13 Plan. Said Conciliation Conference was continued to May 13, 2025.
3. After the conclusion of the continued Conciliation Conference, the Court entered an Order Converting Case to Chapter 7 which was filed on May 13, 2025 at Document Number 72.
4. Subsequent to the Court Order, the undersigned was appointed as the Trustee to administer the Chapter 7 proceeding.
5. The Section 341 Meeting of Creditors was conducted on June 11, 2025.
6. The Trustee retained the services of a realtor and sold the Debtor's residence known as 101 Beau Drive, Edinboro, Pennsylvania 16412.
7. The closing on the real estate occurred on February 20, 2026 and the Trustee's Report of Sale was filed on February 24, 2026 at Document Number 138.
8. The Trustee is investigating a possible fraudulent transfer and also needs to resolve the issue regarding the Debtor's bank account and accounts receivable balances as reported on her Petition.

9. In the event the fraudulent transfer warrants the filing of a complaint to avoid fraudulent transfer, it would be filed in the next forty-five (45) to ninety (90) days. The Trustee also hopes to resolve the bank account and accounts receivable in said time frame.
10. The possible fraudulent transfer and bank account/accounts receivable issue are the only possible assets left to administer.
11. A copy of the Trustee's Form 1, Individual Estate Property Record and Report, is attached as "Exhibit A".
12. The Trustee currently has a total of $37,570.24 on hand for the Bankruptcy Estate as reflected on Form 2, Estate Cash Receipts and Disbursements Record, which is attached as "Exhibit B".
13. The Trustee has to review and validate the filed claims.
14. The Trustee will file another Status Report by October 9, 2026 if there is no docket activity.
15. The Trustee anticipates filing the Trustee Final Report by December 30, 2026.

Respectfully submitted,

By /s/ Joseph B. Spero

Joseph B. Spero, Esquire
Chapter 7 Bankruptcy Trustee
3213 West 26th Street
Erie, Pennsylvania 16506
(814) 836-1011
PA I.D. No. 76409
sperofirm@sperolawoffice.com

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 23-10542 | JCM | Judge: John C. Melaragno | Trustee Name: | Joseph B. Spero |
| Case Name: | Jan Amboyer Wooliscroft | | | Date Filed (f) or Converted (c): | 05/13/2025 (c) |
| | | | | 341(a) Meeting Date: | 06/11/2025 |
| For Period Ending: | 07/09/2026 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 101 Beau DriveEdinboro PA 16412-0000, Single-fami | 437,900.00 | 0.00 | | 384,000.00 | FA |
| 2. 2004 Jaguar X-Type (Valuation Determinded by KBB t | 920.00 | 0.00 | | 0.00 | FA |
| 3. Various household goods and furnishings. Summary A | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. TV and Computer Location: 101 Beau Drive, Edinboro | 250.00 | 0.00 | | 0.00 | FA |
| 5. Debtor`s Clothes. Location: 101 Beau Drive, Edinbo | 200.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous costume jewelry. Location: 101 Beau | 200.00 | 0.00 | | 0.00 | FA |
| 7. Two (2) Dogs Location: 101 Beau Drive, Edinboro PA | 0.00 | 0.00 | | 0.00 | FA |
| 8. Cash on Hand Location: 101 Beau Drive, Edinboro PA | 25.00 | 0.00 | | 0.00 | 25.00 |
| 9. Andover Bank Account Ending in #048 Location: 101 | 26,000.00 | 24,800.00 | | 0.00 | 26,000.00 |
| 10. Edinboro Psychological & Psychiatric Associates Lo | 0.00 | 0.00 | | 0.00 | FA |
| 11. Commonwealth of Pennsylvania State Employees Retir | Unknown | Unknown | | 0.00 | FA |
| 12. Board/Commission: Psychology LicenseType: Psycholo | Unknown | Unknown | | 0.00 | FA |
| 13. Aflac Life Insurance Policy No`s Ending in 6k7 and | 65,000.00 | 50,125.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $533,495.00 | $74,925.00 | | $384,000.00 | $26,025.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 31, 2025: Pending Motion to Approve Private Sale of Real Estate with carve-out provisions. Financial accounts and life insurance are being addressed by Trustee and DC relative to amounts and applicable exemptions.

Initial Projected Date of Final Report (TFR): 03/31/2026 Current Projected Date of Final Report (TFR): 09/30/2026

tabbies® EXHIBIT A

Trustee Signature: /s/ Joseph B. Spero Date: 07/09/2026

Joseph B. Spero
Chapter 7 Bankruptcy Trustee
Western District of Pennsylvania
3213 West 26th Street
Erie, PA 16506
(814) 836-1011
sperofirm@sperolawoffice.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 23-10542
Case Name: Jan Amboyer Wooliscroft

Taxpayer ID No: XX-XXX4532
For Period Ending: 07/08/2026

Trustee Name: Joseph B. Spero
Bank Name: Axos Bank
Account Number/CD#: XXXXXX5690
Checking
Blanket Bond (per case limit): $5,558,652.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | | $0.00 |
| 02/20/26 | | MacDonald Illig Attorneys<br>100 State Street<br>Suite 700<br>Erie, Pennsylvania 16507 | Gross Proceeds from Sale of Real Estate | | | $37,746.03 | | $37,746.03 |
| | | | Gross Receipts | $384,000.00 | | | | |
| | | GOTHAM COLLECTION SERVICES CORP<br>1 Linden Place, Suite 404<br>Great Neck, NY 11021 | Lien Settlement | ($18,734.29) | 4110-000 | | | |
| | | PENNSYLVANIA DEPARTMENT OF REVENUE<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Lien Settlement | ($2,282.72) | 4110-000 | | | |
| | | Citibank South Dakota NA | Lien Settlement | ($2,272.59) | 4110-000 | | | |
| | | PNC BANK N. A.<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Mortgage Payoff | ($262,984.78) | 4110-000 | | | |
| | | Regina Baldwin Realtor | Commission to Realtor | ($12,480.00) | 3510-000 | | | |
| | | Coldwell Banker Select | Commission to Realtor | ($10,560.00) | 3510-000 | | | |
| | | Erie County Legal Journal | Advertising Expense | ($118.75) | 2500-000 | | | |
| | | Erie Times News | Advertising Cost | ($190.84) | 2500-000 | | | |
| | | Lien Search Cost | Lien Search | ($145.75) | 2500-000 | | | |
| | | Sewer Inspection | Inspections | ($50.00) | 2500-000 | | | |
| | | Delinquent Property Taxes for 2023 | Delinquent Property | ($11,627.77) | 4700-000 | | | |
| | | 2026 Township & County Taxes | Property Taxes | ($3,846.92) | 2820-000 | | | |

EXHIBIT
tabbies
B

Page Subtotals: $37,746.03 $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 23-10542
Case Name: Jan Amboyer Wooliscroft

Taxpayer ID No: XX-XXX4532
For Period Ending: 07/08/2026

Trustee Name: Joseph B. Spero
Bank Name: Axos Bank
Account Number/CD#: XXXXXX5690
Checking
Blanket Bond (per case limit): $5,558,652.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | 2026 Township & County Taxes | Current property tax credit | $3,387.70 | 2820-000 | | | |
| | | Delinquent Property Taxes for 2025 | Delinquent Property Tax Credit | $2,002.83 | 4700-000 | | | |
| | | Transfer Taxes | Transfer Taxes | ($4,800.00) | 2500-000 | | | |
| | | Delinquent Property Taxes for 2024 | Delinquent Property | ($11,087.93) | 4700-000 | | | |
| | | Delinquent Property Taxes for 2025 | Delinquent Property Taxes | ($10,462.16) | 4700-000 | | | |
| | 1 | | 101 Beau DriveEdinboro PA 16412-0000, Single-fami | $384,000.00 | 1110-000 | | | |
| 03/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $12.10 | $37,733.93 |
| 04/01/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $41.66 | $37,692.27 |
| 05/01/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $40.27 | $37,652.00 |
| 06/01/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $41.57 | $37,610.43 |
| 07/01/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $40.19 | $37,570.24 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $37,746.03 | $175.79 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $37,746.03 | $175.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $37,746.03 | $175.79 |
| Page Subtotals: | $0.00 | $175.79 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5690 - Checking | $37,746.03 | $175.79 | $37,570.24 |
| | $37,746.03 | $175.79 | $37,570.24 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $346,253.97 |
| Total Net Deposits: | $37,746.03 |
| Total Gross Receipts: | $384,000.00 |

Trustee Signature: /s/ Joseph B. Spero Date: 07/08/2026

Joseph B. Spero
Chapter 7 Bankruptcy Trustee
Western District of Pennsylvania
3213 West 26th Street
Erie, PA 16506
(814) 836-1011
sperofirm@sperolawoffice.com

Page Subtotals: $0.00 $0.00