IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 1:23-10542-JCM |
| JAN AMBOYER WOOLISCROFT | : | |
| DEBTOR | : | CHAPTER NO. 7 |
| | : | |
| JOSEPH B. SPERO, TRUSTEE | : | |
| MOVANT | : | Document No.: ___________ |
| V. | : | |
| | : | Related to Court Order No. 141 |
| NO RESPONDENTS | : | |

**STATUS REPORT**

And now, this 9th day of October, 2026, comes the Trustee, Joseph B. Spero, Esquire, and hereby reports on the current status of the case as follows:

1. The Debtor filed her Chapter 13 Bankruptcy Petition on October 16, 2023 which was converted to Chapter 7 on May 13, 2025, at Document Number 72.
2. Subsequent to the Court (conversion) Order, the undersigned was appointed as the Trustee to administer the Chapter 7 proceeding.
3. The Section 341 Meeting of Creditors was conducted on June 11, 2025.
4. The Trustee sold the Debtor's residence on February 20, 2026, pursuant to Court Order.
5. The Trustee was contacted this week by the Settlement Agent's office that the check issued to the secured lienholder, Citibank, via its attorney, Daniel Santucci of Pressler, Felt & Warsaw, LLP, has neither been cashed nor returned as undeliverable.
6. After spending 30 minutes on the telephone with a representative of the law firm's call center, the Trustee's paralegal left a voicemail for Attorney Santucci. As of the filing of the herein Status Report, the Trustee's office has not received a return telephone call.
7. The Trustee's office will continue to try to resolve the issue with Citibank's uncashed check.
8. The Trustee and Debtor's Counsel need to resolve the issue regarding the Debtor's bank account and accounts receivable balances as reported on her Petition.

9. The Trustee and Debtor's Counsel also need to resolve the matter regarding the refund issued by the Chapter 13 Trustee which is currently being held in Debtor Counsel's Trust Account.

10. The Trustee hopes to resolve the bank account, accounts receivable, and Chapter 13 refund matters within the next 30 to 45 days.

11. The Trustee has to review and validate the filed claims.

12. The Trustee will file another Status Report by December 9, 2026 if there is no docket activity.

13. The Trustee is hoping to file the Trustee Final Report by December 30, 2026.

Respectfully submitted,

By /s/ Joseph B. Spero

Joseph B. Spero, Esquire
Chapter 7 Bankruptcy Trustee
3213 West 26th Street
Erie, Pennsylvania 16506
(814) 836-1011
PA I.D. No. 76409
sperofirm@sperolawoffice.com