IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>JAN AMBOYER WOOLISCROFT<br>DEBTOR | : | BANKRUPTCY NO. 1:23-10542-JCM |
| | : | CHAPTER NO. 7 |
| | : | Document No.: ____ |
| JOSEPH B. SPERO, TRUSTEE<br>MOVANT | : | Related to Document No.: ____ |
| VS. | : | Hearing Date: December 2, 2026 |
| | : | Hearing Time: 2:00 p.m. |
| NO RESPONDENTS | : | Objection Date: November 13, 2026 |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON APPLICATION FOR APPROVAL OF THE EMPOYMENT OF ACCOUNTANT AND ACCOUNTING FIRM**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve on the undersigned attorney for Movant a response to the Application no later than **November 13, 2026,** (i.e. at least fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's Web Page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **December 2, 2026**, at **2:00 p.m.** before Judge John C. Melaragno, United States Bankruptcy Court, United States Courthouse, 17 South Park Row, Erie, Pennsylvania 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If this is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An Order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Respectfully submitted,

Date of Service: October 27, 2026

By: /s/ Joseph B. Spero

Joseph B. Spero, Esquire
Attorney for the Trustee
3213 West 26th Street
Erie, Pennsylvania 16506
PA ID 76409
(814) 836-1011
sperofirm@sperolawoffice.com